IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW CRAWFORD, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| vs. | )   Case No.: **3:11-cv-00007-JPG-PMF** |
| | ) |
| TRACY HARRINGTON, *et al.*, | ) |
| | ) |
|        Defendants. | ) |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

On June 13, 2012, the defendants filed a motion for sanctions pursuant to Federal Rule of Civil Procedure 37 (Doc. 35) requesting that this action be dismissed with prejudice for the plaintiff's failure to participate in his own deposition that was scheduled for June 5, 2012. The plaintiff did not respond to this motion within the applicable response window. Other information in the record indicates that the plaintiff has refused to take part in any facet of the discovery phase of this litigation. *See* Doc. 24 (defendants' motion to compel discovery responses). These failures make it impossible for the defendants to defend this case.

On July 9, 2012, the court entered an order to show cause stating as follows:

ORDER TO SHOW CAUSE. The record demonstrates the plaintiff is refusing to take part in the discovery phase of his own case. On June 13, 2012, the defendants filed a motion for sanctions and requested that this case be dismissed for the failure of the plaintiff to take part in his own deposition. *See* Doc. 25. The plaintiff did not file a response in the applicable response window. Failure to respond to a motion may be construed by the Court as an admission of its merits. *See* SDIL-LR 7.1(g). The record demonstrates that the plaintiff has refused to respond to other discovery requests. In this situation, dismissal of this case with prejudice is an appropriate saction. *See* FED. R. CIV. P. 37(b); *see also Brown v. Columbia Sussex Corp.*, 664 F.3d 182, 190 (7th Cir. 2011); *Lucien v. Breweur*, 9 F.3d 26, 28 (7th Cir. 1993) (Dismissal without prejudice is a feeble sanction). Accordingly, the plaintiff is ordered to show cause why this case should not be

>dismissed for failure to take part in discovery and want of prosecution. Show Cause Response due by 7/20/2012.

Doc. 28.  No response was filed within the court-ordered response timeframe.  The lack of response to the order to show cause and the other information in the record regarding plaintiff's failure to participate in discovery can only lead the Court to conclude that the plaintiff has abandoned his civil case.

### RECOMMENDATION

For the forgoing reasons, it is recommended that this case be dismissed for want of prosecution.  If this recommendation is adopted in its entirety, all pending motions will be moot and there will be no further issues requiring the Court's attention in this case.

SO RECOMMENDED.

DATED: July 24, 2012.

>*/s/ Philip M. Frazier*
>PHILIP M. FRAZIER
>UNITED STATES MAGISTRATE JUDGE