UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW CRAWFORD,<br><br>            Plaintiff,<br><br>      v.<br><br>TRACY HARRINGTON and<br>MR. BRADLEY,<br><br>            Defendants. | Case No. 11-cv-7-JPG |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Tracy Harrington and Mr. Bradley and against Plaintiff Andrew Crawford,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice as to all Defendants.

**NANCY J. ROSENSTENGEL**

**Dated:** August 20, 2012      **By:s/Deborah Agans, Deputy Clerk**

**Approved:**     s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**